# Exhibit C

October 31, 2025

Vincent Sheu
13700 Lexington Court
Saratoga, CA 95070

    **Re: Termination of Employment**

Dear Vincent:

This letter confirms certain terms regarding your separation from service with Juries.ai, Inc. (the "***Company***").

    **1.**     S<small>EPARATION</small> D<small>ATE</small>. As you know, your employment with the Company is terminated, effective October 31, 2025 (the "***Separation Date***").

    **2.**     F<small>INAL</small> P<small>AY</small>. On the Separation Date, the Company will pay you all accrued salary earned through the Separation Date, subject to standard payroll deductions and withholdings. You are entitled to this payment by law. Since the Company has a nonaccrual vacation/PTO policy, you do not have any accrued vacation or other paid time off and thus will not be paid out for any accrued vacation or other paid time off.

    **3.**     E<small>XPENSE</small> R<small>EIMBURSEMENTS</small>. By signing below, you confirm that you have submitted your final documented expense reimbursement statement reflecting all business expenses incurred through the Separation Date, if any, for which you sought or seek reimbursement.

    **4.**     H<small>EALTH</small> I<small>NSURANCE</small>. Unless you follow the procedures set forth in this paragraph, your participation in the Company's group health insurance plan will end on the last day of the month in which the Separation Date occurs. To the extent provided by the federal COBRA law or, if applicable, state insurance laws, and by the Company's current group health insurance policies, you will be eligible to continue your group health insurance benefits at your own expense beginning in the month following the Separation Date. Later, you may be able to convert to an individual policy through the provider of the Company's health insurance, if you wish. You will be provided with a separate notice describing your rights and obligations under COBRA and a form for electing COBRA coverage.

    **5.**     C<small>ONFIDENTIAL</small> I<small>NFORMATION</small> O<small>BLIGATIONS</small>. You remain bound by all continuing obligations under the Employee Confidential Information and Inventions Assignment Agreement you signed as a condition of employment (the "***Confidentiality Agreement***"), a copy of which is attached as Exhibit A to this letter. Please review your Confidentiality Agreement to ensure you understand all of your continuing confidentiality, non-disclosure and other obligations under it.

**6.     RETURN OF COMPANY PROPERTY.**  Within five (5) days following the Separation Date, you must return to the Company all Company documents (and all copies thereof) and other Company property in your possession or control, including, but not limited to, Company files, notes, drawings, records, plans, forecasts, reports, studies, analyses, proposals, agreements, drafts, financial and operational information, research and development information, sales and marketing information, customer lists, prospect information, pipeline reports, sales reports, personnel information, specifications, code, software, databases, computer-recorded information, tangible property and equipment (including, but not limited to, computing and electronic devices, mobile telephones, servers), credit cards, entry cards, identification badges and keys; and any materials of any kind which contain or embody any proprietary or confidential information of the Company (and all reproductions or embodiments thereof in whole or in part). You must make a diligent search to locate any such documents, property and information by the close of business on the Separation Date or as soon as possible thereafter.

Please sign this letter where noted below to acknowledge that you received and understand it.

Thank you for your efforts on behalf of the Company.  We wish you all the best in the future.

Sincerely,

**Juries.ai, Inc.**

By: *E. Grabowski Parikh*
Elizabeth Grabowski Parikh
Chief Executive Officer

**Exhibit A – Confidentiality Agreement**

**ACKNOWLEDGED:**

_____        Date: _____
Vincent Sheu

**Exhibit A**
**Confidentiality Agreement**